# In the United States Court of Federal Claims

No. 02-70C
(Filed September 8, 2005)

************************************
THE FEDERAL GROUP, INC. *
Plaintiff, *
*
v. *
*
THE UNITED STATES, *
*
Defendant. *
************************************

**ORDER**

Counsels' telephonic request for an extension of time to file a status report in order to further pursue settlement negotiations following the issuance of the Opinion and Order in this matter on July 29, 2005, is **GRANTED**. Resolution of this matter by a settlement would benefit all concerned. Counsel shall confer and, on or before **October 14, 2005,** file a status report setting forth a proposed schedule for the further proceedings or settlement required to obtain the resolution of this litigation.

Plaintiff's counsel is reminded that she must register as an ECF user by calling the ECF/User Assistance line at (202) 357-6402 for registration instructions.

s/ James F. Merow
James F. Merow
Senior Judge