**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | | |
|---|---|---|
| THE FEDERAL GROUP, INC., | ) | |
| | ) | |
| Plaintiff, | ) | No. 02-70C |
| | ) | (Sr. Judge Merow) |
| v. | ) | |
| | ) | |
| THE UNITED STATES, | ) | |
| | ) | |
| Defendant. | ) | |

**JOINT STATUS REPORT**

Pursuant to the Court's order dated September 8, 2005, the parties report that they are considering settlement options and plan to convene a meeting in early November to discuss resolution of this matter without further proceedings. Accordingly, the parties request that the Court permit them until November 30, 2005 to file a stipulation of dismissal or to file a status report with respect to their progress.

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

DAVID M. COHEN
Director

s/Bryant G. Snee
BRYANT G. SNEE
Assistant Director

s/ G. Lindsay Simmons
G. LINDSAY SIMMONS
Jackson & Kelly PLLC
Suite 2400
2401 Pennsylvania Avenue, N.W.
Washington, D.C. 20037
Telephone: (202) 973-0200
Facsimile (202) 973-0232
Attorneys for Plaintiff

s/ Andrew P. Averbach
ANDREW P. AVERBACH
Trial Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
1100 L. Street, N.W.
Attn: Classification Unit, 8th Floor
Washington, D.C. 20530
Telephone: (202) 353-0527
Facsimile: (202) 305-2118
Attorneys for Defendant

Dated: October 14, 2005