# In the United States Court of Federal Claims

No. 02-70C
(Filed November 30, 2005)

| | |
|---|---|
| THE FEDERAL GROUP, INC. | |
| Plaintiff, | |
| v. | |
| THE UNITED STATES, | |
| Defendant. | |

## ORDER

On November 30, 2005, parties filed a Joint Status Report. The parties request that the court permit them until January 13, 2006, to file a stipulation of dismissal or to file a status report with respect to their progress.

Accordingly, it is **ORDERED** that parties shall file a stipulation of dismissal or a status report with respect to their progress on or before January 13, 2006.

s/ James F. Merow
James F. Merow
Senior Judge