# In the United States Court of Federal Claims

No. 02-70C
(Filed January 12, 2006)

************************************
THE FEDERAL GROUP, INC. *
Plaintiff, *
*
v. *
*
THE UNITED STATES, *
*
Defendant. *
************************************

**ORDER**

On January 12, 2006, parties filed a Joint Status Report. The parties request that the court permit them until March 15, 2006, to file a stipulation of dismissal or to file a status report with respect to their progress.

Accordingly, it is **ORDERED** that parties shall file a stipulation of dismissal or a status report with respect to their progress on or before March 15, 2006.

s/ James F. Merow
James F. Merow
Senior Judge