# In the United States Court of Federal Claims

No. 02-70C
(Filed March 13, 2006)

*************************************
THE FEDERAL GROUP, INC. *
Plaintiff, *
*
v. *
*
THE UNITED STATES, *
*
Defendant. *
*************************************

**ORDER**

On March 13, 2006, parties filed a Joint Status Report. The parties request that the court permit them until April 28, 2006, to file a stipulation of dismissal or to file a status report with respect to their progress.

Accordingly, it is **ORDERED** that parties shall file a stipulation of dismissal or a status report with respect to their progress on or before April 28, 2006.

s/ James F. Merow
James F. Merow
Senior Judge