# In the United States Court of Federal Claims

No. 02-70C
(Filed April 28, 2006)

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

| | |
|---|---|
| THE FEDERAL GROUP, INC. | \* |
| Plaintiff, | \* |
| | \* |
| v. | \* |
| | \* |
| THE UNITED STATES, | \* |
| | \* |
| Defendant. | \* |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

## ORDER

On April 27, 2006, parties filed a Joint Status Report. The parties request that the court permit them until June 30, 2006, to resolve the issue concerning the continuing performance of the contract and to file a stipulation of dismissal or a status report with respect to their progress.

Accordingly, it is **ORDERED** that parties shall file a stipulation of dismissal or a status report with respect to their progress on or before June 30, 2006.

s/ James F. Merow
James F. Merow
Senior Judge