**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | | |
|---|---|---|
| THE FEDERAL GROUP, INC., | ) | |
| | ) | |
| Plaintiff, | ) | No. 02-70C |
| | ) | (Sr. Judge Merow) |
| v. | ) | |
| | ) | |
| THE UNITED STATES, | ) | |
| | ) | |
| Defendant. | ) | |

**JOINT STATUS REPORT**

Pursuant to the Court's order dated April 28, 2006, the parties report that they have discussed the issue concerning ongoing performance referred to in their status report of April 28, 2006, but have not reached a resolution with respect to this issue or with respect to the litigation as a whole. The parties request an additional 45 days to ascertain whether settlement is possible and to file a status report either reporting that an agreement has been reached or requesting a status conference to discuss further proceedings.

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

DAVID M. COHEN
Director

s/Bryant G. Snee
BRYANT G. SNEE
Assistant Director

s/ Andrew P. Averbach
ANDREW P. AVERBACH
Trial Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
1100 L. Street, N.W.
Attn: Classification Unit, 8th Floor
Washington, D.C. 20530
Telephone: (202) 353-0527
Facsimile: (202) 305-2118

Attorneys for Defendant

s/ G. Lindsay Simmons
G. LINDSAY SIMMONS
Jackson & Kelly PLLC
Suite 2400
2401 Pennsylvania Avenue, N.W.
Washington, D.C. 20037
Telephone: (202) 973-0200
Facsimile (202) 973-0232

Attorneys for Plaintiff

Dated: June 28, 2006