# In the United States Court of Federal Claims

No. 02-70C
(Filed June 28, 2006)

| | |
|---|---|
| *********************************** | |
| THE FEDERAL GROUP, INC. | * |
| Plaintiff, | * |
| | * |
| v. | * |
| | * |
| THE UNITED STATES, | * |
| | * |
| Defendant. | * |
| *********************************** | |

**ORDER**

On June 28, 2006, parties filed a Joint Status Report. The parties request that the court permit them until August 14, 2006, to resolve the issue concerning the continuing performance of the contract and to determine whether settlement is possible.

Accordingly, it is **ORDERED** that proceedings shall remain suspended until August 14, 2006, by which date the parties shall file a status report(s) indicating either that agreement has been reached or, if not, proposing a date(s) for a status conference to discuss further proceedings and indicating the nature and time frame for any proceedings to be proposed and discussed.

s/ James F. Merow
James F. Merow
Senior Judge