**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | | |
|---|---|---|
| THE FEDERAL GROUP, INC., | ) | |
| | ) | |
| Plaintiff, | ) | No. 02-70C |
| | ) | (Sr. Judge Merow) |
| v. | ) | |
| | ) | |
| THE UNITED STATES, | ) | |
| | ) | |
| Defendant. | ) | |

**JOINT STATUS REPORT**

Pursuant to the Court's order dated June 28, 2006, the parties report that, following a series of communications between counsel, on August 2, 2006, The Federal Group, Inc. provided the Government with a proposal to settle this matter, which the Government is currently evaluating. Because the proposal involves not only the litigation but also the ongoing performance of the parties' contract, the parties anticipate meeting within the next thirty days to discuss the current proposal. The parties recognize that they have made a series of requests to suspend proceedings during negotiations. Accordingly, the parties request that the proceedings be suspended for one final 60-day period, through and including October 13, 2006, and that they file a status report on that date either indicating that a settlement has been reached or is anticipated or requesting that the case proceed to trial.

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

DAVID M. COHEN
Director

s/Bryant G. Snee
BRYANT G. SNEE
Assistant Director

s/ G. Lindsay Simmons
G. LINDSAY SIMMONS
Jackson & Kelly PLLC
Suite 2400
2401 Pennsylvania Avenue, N.W.
Washington, D.C. 20037
Telephone: (202) 973-0200
Facsimile (202) 973-0232

Attorneys for Plaintiff

s/ Andrew P. Averbach
ANDREW P. AVERBACH
Trial Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
1100 L. Street, N.W.
Attn: Classification Unit, 8th Floor
Washington, D.C. 20530
Telephone: (202) 353-0527
Facsimile: (202) 305-2118

Attorneys for Defendant

Dated: August 14, 2006