**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | | |
|---|---|---|
| THE FEDERAL GROUP, INC., | ) | |
| | ) | |
| Plaintiff, | ) | No. 02-70C |
| | ) | (Sr. Judge Merow) |
| v. | ) | |
| | ) | |
| THE UNITED STATES, | ) | |
| | ) | |
| Defendant. | ) | |

## JOINT STATUS REPORT

Pursuant to the Court's order dated August 25, 2006, the parties report that a meeting of the parties' principals and counsel was held on September 28, 2006. During that meeting, the parties arrived at a framework for the preparation of an offer on behalf of Federal Group, Inc. for submission to the Government, to resolve this case upon terms acceptable to both sides. This framework involves, among other things, the provision of a contractor's estimate for the completion of additional workspace at the training center that is the subject of the litigation. Upon completion of this estimate and related documents, FGI will submit a formal proposal to the Government, which will promptly be submitted for approval by an authorized representative of the Attorney General. Accordingly, the parties request until December 1, 2006, to notify the Court concerning their progress.

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

DAVID M. COHEN
Director

s/Bryant G. Snee
BRYANT G. SNEE
Assistant Director

s/ Andrew P. Averbach
ANDREW P. AVERBACH
Trial Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
1100 L. Street, N.W.
Attn: Classification Unit, 8th Floor
Washington, D.C. 20530
Telephone: (202) 353-0527
Facsimile: (202) 305-2118
Attorneys for Defendant

s/ G. Lindsay Simmons
G. LINDSAY SIMMONS
Jackson & Kelly PLLC
Suite 2400
2401 Pennsylvania Avenue, N.W.
Washington, D.C. 20037
Telephone: (202) 973-0200
Facsimile (202) 973-0232
Attorneys for Plaintiff

Dated: October 13, 2006