# In the United States Court of Federal Claims

No. 02-70C
(Filed October 16, 2006)

| | |
|---|---|
| THE FEDERAL GROUP, INC. Plaintiff, | * |
| v. | * |
| THE UNITED STATES, Defendant. | * |

## ORDER

On October 13, 2006, parties filed a Joint Status Report regarding settlement negotiations.

Accordingly, it is **ORDERED** that proceedings shall remain suspended until December 1, 2006, by which date parties shall file a status report(s) notifying the court concerning their progress.

s/ James F. Merow
James F. Merow
Senior Judge