# In the United States Court of Federal Claims

No. 02-70C
(Filed December 1, 2006)

***********************************
THE FEDERAL GROUP, INC. *
Plaintiff, *
*
v. *
*
THE UNITED STATES, *
*
Defendant. *
***********************************

## ORDER

On December 1, 2006, parties filed a Joint Status Report regarding settlement negotiations.

Accordingly, it is **ORDERED** that proceedings shall remain suspended until January 19, 2007, by which date parties shall file a status report(s) notifying the court concerning their progress.

s/ James F. Merow
James F. Merow
Senior Judge