**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | | |
|---|---|---|
| THE FEDERAL GROUP, INC., | ) | |
| | ) | |
| Plaintiff, | ) | No. 02-70C |
| | ) | (Sr. Judge Merow) |
| v. | ) | |
| | ) | |
| THE UNITED STATES, | ) | |
| | ) | |
| Defendant. | ) | |

**JOINT STATUS REPORT**

Pursuant to the Court's order dated December 1, 2006, the parties report that they have executed a settlement agreement and will promptly file a stipulation of dismissal with prejudice upon the satisfaction of the conditions contained in the settlement agreement. The parties expect to file a stipulation of dismissal within the next ten days.

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

DAVID M. COHEN
Director

s/Bryant G. Snee
BRYANT G. SNEE
Assistant Director

s/ G. Lindsay Simmons
G. LINDSAY SIMMONS
Jackson & Kelly PLLC
Suite 2400
2401 Pennsylvania Avenue, N.W.
Washington, D.C. 20037
Telephone: (202) 973-0200
Facsimile (202) 973-0232
Attorneys for Plaintiff

s/ Andrew P. Averbach
ANDREW P. AVERBACH
Trial Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
1100 L. Street, N.W.
Attn: Classification Unit, 8th Floor
Washington, D.C. 20530
Telephone: (202) 353-0527
Facsimile: (202) 305-2118
Attorneys for Defendant

Dated: January 19, 2007