**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | | |
|---|---|---|
| THE FEDERAL GROUP, INC., | ) | |
| | ) | |
| Plaintiff, | ) | No. 02-70C |
| | ) | (Sr. Judge Merow) |
| v. | ) | |
| | ) | |
| THE UNITED STATES, | ) | |
| | ) | |
| Defendant. | ) | |

**STIPULATION OF DISMISSAL WITH PREJUDICE**

The parties, by their respective attorneys, pursuant to Rule 41(a) of the Rules of the United States Court of Federal Claims, stipulate to the dismissal of the claims plaintiff has asserted in this action with prejudice, with each party to bear its own costs and attorney fees.

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

JEANNE E. DAVIDSON
Acting Director

s/Bryant G. Snee
BRYANT G. SNEE
Assistant Director

s/ G. Lindsay Simmons
G. LINDSAY SIMMONS
Jackson & Kelly PLLC
Suite 2400
2401 Pennsylvania Avenue, N.W.
Washington, D.C. 20037
Telephone: (202) 973-0200
Facsimile (202) 973-0232
Attorneys for Plaintiff

Dated: February 12, 2007

s/ Andrew P. Averbach
ANDREW P. AVERBACH
Trial Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
1100 L. Street, N.W.
Attn: Classification Unit, 8th Floor
Washington, D.C. 20530
Telephone: (202) 353-0527
Facsimile: (202) 305-2118
Attorneys for Defendant